LATHAM & WATKINS LLP
Alexander C.K. Wyman (Cal. Bar No. 295339)
  *alex.wyman@lw.com*
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Serrin Turner (*pro hac vice forthcoming*)
  *serrin.turner@lw.com*
Matthew P. Valenti (*pro hac vice forthcoming*)
  *matthew.valenti@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant*
*Whaleco Inc., d/b/a Temu*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN, et al., | Case No.  2:25-cv-07399 |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE

1

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, California 92626.

On **August 8, 2025**, I served the following documents described as:

**DEFENDANT WHALECO INC.'S NOTICE OF REMOVAL**

**CIVIL CASE COVER SHEET**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

**NOTICE TO CLERK OF ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail to the following party on **August 8, 2025**:

POTTER HANDY, LLP
Krista Hemming
Tehniat Zaman
kristah@potterhandy.com
Tehniatz@potterhandy.com
TEMUlit@potterhandy.com

100 Pine St., Ste. 1250
San Francisco, CA 94111
Telephone: (858) 375-7385
Fax: (888) 422-5191

Attorneys for Plaintiffs

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 8, 2025,** at Orange County, California

/s/ *Hannah M. Kim*
Hannah M. Kim

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE

3