LATHAM & WATKINS LLP
Alexander C.K. Wyman (Cal. Bar No. 295339)
  alex.wyman@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Serrin Turner (*pro hac vice forthcoming*)
  serrin.turner@lw.com
Matthew P. Valenti (*pro hac vice forthcoming*)
  matthew.valenti@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant*
*Whaleco Inc., d/b/a Temu*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN, et al., <br><br> Plaintiff, <br><br> v. <br><br> WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.  2:25-cv-07399-MRA-MAA <br><br> **STIPULATION TO CONSOLIDATE CASES AND TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Parties in the above-captioned action have STIPULATED AND AGREED that the above-captioned action will be consolidated with the below-listed cases, all pending in the Central District of California before Judge Monica Ramirez Almadani, as all eleven cases are substantively identical and present similar questions of law and fact, with the lead case being the lowest-numbered case listed below:

1.  *Hanna Yoseph, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07390;

2.  *Kelvin Gray, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07394;

3.  *Mary Moore, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07403;

4.  *Tamara Jones, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07406;

5.  *Ashwin Jacob, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07464;

6.  *Bernard Headspeth, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07466;

7.  *Jafaar Baseer, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07467;

8.  *Jessica Calderon, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07468;

9.  *Patrick Perry, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07469; and

10. *Taumaia Brown, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07470.

The Parties have further STIPULATED AND AGREED to the transfer of the above-captioned and consolidated action to the Eastern District of New York.

The Parties have further STIPULATED AND AGREED that Defendant Whaleco Inc., d/b/a Temu, shall have an additional forty-five (45) days, from the date of transfer to the Eastern District of New York, to respond to the complaint in the consolidated action.

Dated: September 9, 2025

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Alexander C.K. Wyman*
Alexander C.K. Wyman

LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: alex.wyman@lw.com

*Attorneys for Defendant*
*Whaleco Inc., d/b/a Temu*

Dated: September 9, 2025

**POTTER HANDY, LLP**

By: */s/ Krista Hemming*
Krista Hemming

POTTER HANDY, LLP
100 Pine St., Ste. 1250
San Francisco, CA 94111
Telephone: (858) 375-7385
Email: kristah@potterhandy.com

*Attorneys for Plaintiffs*

## <u>ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Alexander C.K. Wyman, attest under penalty of perjury that I have obtained concurrence and authorization from the other signatories to affix their electronic signatures to this filing.

Dated: September 9, 2025

**LATHAM & WATKINS LLP**

By: */s/ Alexander C.K. Wyman*
Alexander C.K. Wyman